UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :          **ORDER**
                                         :
           -against-                     :          04-CR-998 (DLI)
                                         :
TROY RODRIGUEZ,                          :
                                         :
                     Defendant.          :
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

On November 12, 2004 the United States Attorney filed a Notice of Intent to proceed under FRCrP 7(b) in this case. To date, no information or indictment has been filed. Therefore, it is hereby

ORDERED that the United States Attorney file a status report with this Court, via ecf, no later than June 30, 2005. If the Government does not intend to pursue this matter, a proposed order of dismissal should be submitted to the Court.


DATED:   Brooklyn, New York
         June 9, 2005

                                              _____
                                              DORA L. IRIZARRY
                                              United States District Judge