KTC:MJF
F.# 2004R001464

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 2 0 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

TROY RODRIGUEZ,

         Defendant.

- - - - - - - - - - - - - - - - -X

APPLICATION AND
ORDER OF DISMISSAL

04-CR-998 (DLI)

EASTERN DISTRICT OF NEW YORK, SS:

    Upon application of Assistant United States Attorney Morris J. Fodeman, it is hereby ORDERED that the government's motion to proceed pursuant to FRCP 7(b) in this matter dated November 12, 2004 be dismissed without prejudice.

Date:    Brooklyn, New York
         June 20, 2005

                                      DORA L. IRIZARRY
                                      United States District Judge
                                      Eastern District of New York